# IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

-------------------------------------------------------
## No. 13-4796
-------------------------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff - Appellee,* | ) |
| | ) |
| v. | ) |
| | ) |
| MONTE MOORE, | ) |
| | ) |
| *Defendant - Appellant.* | ) |
| _____ | ) |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND THE JOINT APPENDIX

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, Appellant, Monte Moore, hereby moves for a thirty day extension of time within which to file Appellant's Brief and the Joint Appendix.  In support of this motion, Appellant states:

1.      Appellant's Brief and the Joint Appendix are currently due to be filed by January 14, 2014.

2.      Counsel for Appellant is court appointed in this appeal.

3.      Due to Counsel's extensive professional deadlines, additional time will be required to adequately perfect this appeal.

4.      Pursuant to Local Rule 27(a), Appellant's counsel has spoken to the Assistant United States Attorney, Eric Hurt, about the intended filing of this Motion, and has been authorized to state that there is no objection to the granting of this motion.

WHEREFORE, for the reasons stated herein, Appellant requests that the Court extend the time to file Appellant's Brief and Joint Appendix thirty (30) days until February 13, 2014.

Respectfully submitted, this 10th day of January, 2014.

/s/ J. Brian Donnelly
J. Brian Donnelly
J. Brian Donnelly, P.C.
621 Lynnhaven Parkway
Lynnwood Plaza
Virginia Beach, VA 23450

*Counsel for Appellant*

2

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Eric Hurt
eric.hurt@usdoj.gov

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

/s/ Karen R. Taylor
Karen R. Taylor
GIBSON MOORE APPELLATE SERVICES, LLC
421 East Franklin Street, Suite 230
Richmond, VA  23219